Case 7:16-cv-01705-VEH-JHE   Document 1   Filed 10/19/16   Page 1 of 6
CV-16-HS-1705-W
FILED
2016 Oct-19 PM 01:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Kennis Lee Lati' Avery

Inmate Identification Number: #219966

(Enter above the full name of the plaintiff in this action)

> NOTICE TO FILING PARTY
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

FILED
2016 OCT 19 P 12:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

vs.

Willie Thomas, Warden I

Debra Toney, Warden II

Willie Bennett, Warden III

John Hutton, Captain

(Enter above full name(s) of the defendant(s) in this action)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes (   )        No ( X )

   B.   If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff:  N/A

             Defendant(s):  N/A

2

2. Court (if Federal Court, name the district; if State Court, name the county) __N/A__

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. Place of present confinement __Bibb Correctional facility__

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( ✓ )    No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes ( ✓ )    No ( )

   C. If your answer is YES:
      1. What steps did you take? __I filed/filled out 3-seperate inmate grievance forms dropped in Box never got a response__
      2. What was the result? __Still as of today 10/10/16 I still have not got a response from Sgt. Sealey grievance officer__

   D. If your answer is NO, explain why not: _____

3

III.  Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A.  Name of Plaintiff(s) Kennis Lee Lati Avery #219966

Address Bibb Correctional facility at 565 Bibb Lane, in Brent, Al 35034

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B.  Defendant Willie Thomas,

Is employed as Warden I

at Bibb Correctional facility (at) 565 Bibb Lane (in) Brent Al 35034

C.  Additional Defendants Debra Toney, Warden II at Bibb Correctional facility (in) Brent, Al 35034 / Willie Bennett Warden III (at) Bibb Correctional facility (in) Brent Al 35034 / John Hutton, Captain (at) Bibb Correctional facility (in) Brent, Al 35034

IV.  Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On June 17, 2015 I inmate Kennis Avery #219966 was stabbed in the left tricept and shoulder 2-times. The incident occured between 6:00 p.m. and 6:30 p.m. Incident is caught on camera et Bibb Correctional facility, first to arrive and witness incident was C.O. Haygood who was also the dorm officer, and officer Henery the Cube officer. Body chart was done by nurse

4

Sanders, who didn't check to see if any major organs had been hit or damaged, nor did nurse sanders even put a bandaide on the wound.

Sgt. Walker had to escort me back to the Healthcare and make the nurse give me inmate Kennis Avery some antibotic and bandaids. All being on Camera

## Claims

#1) The Plaintiff claims the Defendants Warden Willie Thomas, Warden Debra Toney, and Warden Willie Bennett was acting under the Color of law and did intentionally cause/allow his injury due to understaffing, deliberate indifference to his safety, and Alabama Department of Corrections negligence in allowing all 3-Wardens in running the Bibb Correctional facility in Brent, al 35034.

#2) The Plaintiff Claims the Defendants Warden Willie Thomas, Warden Debra Toney, and Warden Willie Bennett while acting under the Color of law did and continue to Conspire to neglect the understaffing problem at Bibb Correctional facility that caused his injury by failing to provide a safe, secure, and humane enviorment

#3) The Plaintiff Claims the Defendant Captain John Hutton was acting under the Color of law, and did not fill his professional responsibility by making sure that the prison he was placed as Head over Security was not understaffed on June 17, 2015 and by understaffing allowed the injury to occur.

#4) The Plaintiff Claims all of the Defendants Warden Thomas, Warden Toney, Warden Bennett, and Captain John Hutton was, were, and are continue to act under the color of law when the injury occured that inflicted a unnecessary and unwanton infliction of pain by the overcrowding and intentionally negelictiss the problem of understaffins.

see Addon sheets.

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

That you will issue a Court-order for the video camera for June 17, 2015 for C-1 Dorm-C and This Honorable Court will award me monetary damages of $75,000.00 from each Defendant because of thier negligence in running the Bibb Correctional facility, Allowing me a jury Trial.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-16-16  .

Kennis Lee tat Queey #219966 B-1-17B
SIGNATURE

ADDRESS Bibb Correctional facility
565 Bibb Lane
Brent, Al 35034

AIS # 219966